## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ALAN SHEPPARD, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:11-CR-00313-GMN-RJJ<br><br>**ORDER** |

    Plaintiff, UNITED STATES OF AMERICA, is hereby ordered to produce for inspection, the entire, complete and unredacted file of Confidential Informant Lamont Adams **TODAY, August 3, 2012 at 11:30 a.m. in Courtroom 7D** of the United States District Court.

    **IT IS SO ORDERED** this 3rd day of August, 2012.

_____
Gloria M. Navarro
United States District Judge